The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **RENE HOUGH**, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>**THRIFTY PAYLESS, INC.** d/b/a RITE AID and **RITE AID CORPORATION**,<br><br>Defendants. | Case No.: 3:11-CV-05347-RBL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |

THIS MATTER came before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Transfer Venue (the "Motion"). In addition to the Court's file, the Court has reviewed all pleadings and evidence submitted in support of and in opposition to the Motion.

NOW, THEREFORE, it is hereby ORDERED that Defendants' Motion is GRANTED on the grounds that the earlier filed *Craig v. Rite Aid Corporation, et al.* action, currently pending as Case No. 4:08-cv-02317 in the United States District Court for the Middle District of Pennsylvania (the "*Craig* lawsuit"), involves substantially similar parties and claims. Accordingly, it is hereby ORDERED that:

(PROPOSED) ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS OR
TRANSFER VENUE - 1
(No. 3:11-CV-05347-RBL)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

1    Plaintiff's complaint is hereby TRANSFERRED to the United States District Court for
2 the Middle District of Pennsylvania. Plaintiff must take any action necessary to litigate,
3 associate, relate, or affiliate this case with or in connection with the *Craig* lawsuit. Plaintiff
4 is directed to comply with all local rules of the Middle District of Pennsylvania and the Federal
5 Rules of Civil Procedure in connection with this order.

Dated this 8th day of November, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
  /s/ David P.R. Symes
David P.R. Symes, WSBA No. 33457
222 SW Columbia St., Ste. 1500
Portland, OR  97201
(503) 552-2140
david.symes@ogletreedeakins.com

Attorneys for Defendants
**Thrifty Payless, Inc. and Rite Aid Corporation**

(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE - 2
(No. 3:11-CV-05347-RBL)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503.552.2140 | Fax: 503.224.4518